# United States District Court
## Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI004G | ROPER | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐CFR ☐USC ☐State Code |
|---|---|---|
| 02/04/2021  08:15 | FED  36CFR  2615E | |

**Place of Offense**
FR 9811 @ 9813

**Offense Description: Factual Basis for Charge**  HAZMAT ☐

CAUSING AND FAILING TO MAINTAIN CONTROL OF A FIRE THAT IS NOT A PRESCRIBED FIRE THAT DAMAGES THE NATIONAL FOREST SYSTEM

### DEFENDANT INFORMATION    Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| JOHNSON | CHELSEA | A |

**Street Address**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| COTTONWOOD | AZ | 86326 | /1980 |

| Drivers License No. | CDL☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | AZ | 620 |

☒Adult ☐Juvenile  Sex ☐ Male  ☒ Female  Hair BLN  Eyes GR  Height 5'7"  Weight 150

### VEHICLE   VIN:   CMV☐

| Tag No. | State | Year | Make/Model | PASS☐ | Color |
|---|---|---|---|---|---|
| | AZ | 2003 | CHRY | | GLD |

APPEARANCE IS REQUIRED    APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount
$30.00   Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 San Francisco St | |
| Flagstaff, AZ 86001 | Time (hh:mm) 08:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 4, 2021 while exercising my duties as a law enforcement officer in the _____ District of AZ

I state than on February 4, 2021 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, U.S. Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 0802 hours the Flagstaff Dispatch Center received notification that Verde Valley Fire Dept was responding to a vehicle fire on the Coconino National Forest in Cornville, AZ. USFS Fire Battalion Mabery responded and found that the fire spread from the vehicle and burned about 0.1 acres of National Forest System land. At Battalion Mabery's request, I responded to investigate the fire. Photos from the fire scene provided by Mabery led me to believe that it was the same camp that had been documented in the Land in Hand mobile application ("app") on January 28, 2021 at approximately the same GPS location.

A wildland fire origin and cause investigation was performed by LEO Thompson and myself, which led to the conclusion that the wildland fire started at the van located in the middle of the burn scar, which had been completely consumed by fire. A statement from Verde Valley Fire Battalion Murphy supported this conclusion, by stating that based on his observation of fire spread and damage differential between the front and rear of the van, he believed that the fire started in the rear portion of the van.

On February 5, 2021 I interviewed Chelsea JOHNSON, who is the registered owner of the other vehicle associated with that campsite according to the Land in Hand app. JOHNSON admitted to me that she and her boyfriend (Dustin Posegate) were living in the van. JOHSON and Posegate were cold in the morning, and Posegate attempted to connect a propane buddy heater inside the van. JOHNSON heard a hissing sound, and then there was an explosion and the interior of the van caught on fire. JOHNSON and Posegate got a ride to the hospital from a friend who was sleeping in her car (Lori Peterson). None of the three subjects called 911 for medical assistance or to report the fire.

JOHNSON's statement was supported by numerous pieces of physical evidence, located and documented during the origin and cause investigation. JOHNSON had all the trash from the site removed within 4 days, with the exception of the burned material and van that the US Forest Service had to pay to remove.

I issued JOHNSON violation notice FDVI004G for a violation of 36 CFR 261.5 (e), causing and failing to maintain control of a fire that damages National Forest System Lands.

I provided JOHNSON with instructions on how to reconcile the violation notice by appearing in court. JOHNSON acknowledged and received the violation notice without further incident.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/04/2021                C. Roper
                Date (mm/dd/yyyy)      Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant

Executed on: 5/13/2021
                Date (mm/dd/yyyy)      U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license;   **CMV** = Commercial vehicle involved in incident

---

21-04129 MJ-PCT-CDB

## United States District Court
## Violation Notice

(Rev.1/2019)

| Location Code | Violation Number | Officer Name | Officer No. |
|---|---|---|---|
| A51 | FDVI004H | ROPER | 2331 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐CFR ☐USC ☐State Code |
|---|---|---|
| 02/04/2021  08:15 | FED  36CFR  26110B | |

Place of Offense

FR 9811 @ 9813

Offense Description: Factual Basis for Charge    HAZMAT ☐

CONSTRUCTING, RECONSTRUCTING, IMPROVING, MAINTAINING, OCCUPYING, OR USING A RESIDENCE ON NATIONAL FOREST LANDS WITHOUT AUTHORIZATION

### DEFENDANT INFORMATION    Phone: ( 970 )

| Last Name | First Name | M.I. |
|---|---|---|
| JOHNSON | CHELSEA | A |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| COTTONWOOD | AZ | 86326 | /1980 |

Drivers License No.    CDL ☐  D.L. State: AZ    Social Security No.

☒ Adult ☐ Juvenile    Sex ☐ Male ☒ Female    Hair BLN  Eyes GR  Height 5'7"  Weight 150

### VEHICLE    VIN:    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 2003 | CHRY | | GLD |

APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Forfeiture Amount

$30.00    Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 123 San Francisco St | |
| Flagstaff, AZ 86001 | Time (hh:mm) 08:30 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on February 4, 2021 while exercising my duties as a law enforcement officer in the _____ District of AZ

I state than on February 4, 2021 while exercising my duties as a Law Enforcement Officer in the District of Arizona I, U.S. Forest Service Law Enforcement Officer (LEO) Roper, was on uniformed patrol in a marked patrol vehicle within the jurisdiction of the Coconino National Forest.

At approximately 0802 hours the Flagstaff Dispatch Center received notification that Verde Valley Fire Dept was responding to a vehicle fire on the Coconino National Forest in Cornville, AZ. USFS Fire Battalion Mabery responded and found that the fire spread from the vehicle and burned about 0.1 acres of National Forest System land. At Battalion Mabery's request, I responded to investigate the fire. Photos from the fire scene provided by Mabery led me to believe that it was the same camp that had been documented in the Land in Hand mobile application ("app") on January 28, 2021 at approximately the same GPS location.

A wildland fire origin and cause investigation was performed by LEO Thompson and myself, which led to the conclusion that the fire started at the van located in the middle of the burn scar, which had been completely consumed by fire. Multiple pieces of physical and testimonial evidence supported the findings of this investigation, including a statement from Verde Valley Fire Dept. Battalion Murphy who was among the first firefighters on scene, physical evidence at the scene, and a statement from Chelsea JOHNSON.

Chelsea JOHNSON agreed to speak with me on February 5, 2021. JOHSON is the registered owner of the other vehicle photographed at the site in question on 1/28/2021 according to the Land in Hand app. JOHNSON stated that she and her boyfriend (Dustin Posegate) were living in the van that burned. JOHSON stated that she had not registered or insured the van yet. She stated that she came to Sedona 3 years ago on a trip and just never left. She lived on the Prescott and Coconino National Forests and state trust land for most of that time. JOHNSON stated she had no permanent residence, but she would stay with some friends until she figured something else out. JOHNSON did not have a mailing address in her name either, but she gave me her email and the friend's address to contact her.

JOHNSON agreed to remove all the debris and belongings from the site and vacate the forest, but she was unable to pay for removal of the van and burned debris. The US Forest Service paid to have the fire debris removed.

I issued JOHNSON violation notice FDVI004H for a violation of 36 CFR 261.10 (b), constructing, reconstructing, improving, occupying, or using a residence on Nationel Forest System without authorization.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/04/2021    C. Roper
Date (mm/dd/yyyy)    Officer's Signature

☒ Probable cause has been stated for the issuance of a warrant

Executed on: 5/13/2021    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;    **CMV** = Commercial vehicle involved in incident